**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**GEORGETTE KEMP,**

               **Plaintiff,**

        **vs.**                                   **7:10-cv-1244 (NAM/ATB)**

**COMMISSIONER OF SOCIAL SECURITY,**

               **Defendant.**
_____

| APPEARANCES: | OF COUNSEL: |
|---|---|
| Conboy, McKay Law Firm<br>307 State Street<br>Carthage, NY 13619<br>Attorney for Plaintiff | Lawrence D. Hasseler, Esq. |
| Social Security Administration<br>Office of the General Counsel<br>Region II<br>26 Federal Plaza - Room 3904<br>New York, New York 10278<br>Attorney for Defendant | Maria P. Fragassi Santangelo, Esq.<br>Special Assistant U.S. Attorney |

**Norman A. Mordue, Chief U. S. District Judge**

## **ORDER**

      The above matter comes to me following a Report-Recommendation[1] by Magistrate Judge Andrew T. Baxter, duly filed on the 11th day of August 2011.  Following fourteen (14) days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

---

[1] The matter was referred to Magistrate Baxter by the undersigned, not by the Honorable Gary L. Sharpe, as noted in the first paragraph of the Report-Recommendation.

After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

**ORDERED** that:

1. The Report-Recommendation is hereby adopted in its entirety.

2. The decision of the Commissioner is AFFIRMED, and complaint is DISMISSED..

3. The Clerk is directed to close the case and enter judgment accordingly.

4. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

**IT IS SO ORDERED.**

Dated: August 31, 2011
Syracuse, New York

_____
Norman A. Mordue
Chief United States District Court Judge